**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**THE TABLE, LLC,**   Case No.: 6:16-bk-07294
                      **Chapter 11**
         **Debtor.**  EIN: 45-3617468
_____/

**MOTION FOR AUTHORITY TO PAY EMPLOYEES FOR PREPETITION WAGES AND REQUEST FOR EXPEDITED HEARING**

**COMES NOW, THE TABLE, LLC** (the "Debtor"), by and through its undersigned proposed counsel, and moves for authority to compensate non-insider employees for prepetition wages and requests this matter be scheduled for hearing on an expedited basis on or before November 10, 2016, at 2:00 P.M. and comes forward and states:

1. This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code (11 U.S.C. §101, *et. sec)* on November 7, 2016 (Doc. No. 1). The Debtor is acting as debtor-in-possession, no trustee having been appointed.

2. The Debtor seeks authority to compensate non-insider employees for pre-petition wages earned but not paid.

3. The Debtor employed, at the filing of the petition, twenty-three (23) individuals as salaried employees, wage earners or 1099 contractors.

4. These individuals provide the Debtor with such services as cooks, servers, bartenders, hosts, and dishwashers.

5. The Debtor's normal pay period is weekly, payable on Friday of each week for the preceding week.

1

6. Pre-petition wages, salaries and independent contractor services include time worked for the week prior to filing, more specifically, from October 31, 2016 to November 6, 2016.

7. The total wages, requested to be paid is approximately $4,979.79.

8. The Debtor seeks authority to pay the following wages to the following non-insider employees, all of whom are currently employed by the Debtor:

| Employee | Hours | Rate | Amount Owed |
| --- | --- | --- | --- |
| SEE ATTCHED PAYROLL REPORT | | | $4,979.79 |

9. The Debtor has funds available to pay the prepetition wages, salaries, and/or independent contractor services.

10. The Debtor asks the Court to authorize the payment of pre-petition wages to prevent any employee from leaving due to non-payment and to avoid a negative impact on the employee attitude while at work.

11. Based on information and belief, the compensation requested herein is the only source of income for the non-insider employees and if the pre-petition wages and earnings are not paid, the Debtor is in jeopardy of losing these valuable employees.

12. These individuals are necessary for the successful reorganization of the Debtor, and, without their services, the Debtor would suffer an irreparable injury. This injury would not be correctable in the foreseeable future.

13.     The Debtor stands ready, willing and able to contact all parties this Honorable Court deems necessary, via facsimile, e-mail or telephonically, to notify them of any hearing scheduled on this matter.

**WHEREFORE**, the Debtor, **THE TABLE, LLC,** hereby moves this Honorable Court to authorize the Debtor to pay prepetition wages owed on the petition date to non-insider employees and grant such other and further relief as this Honorable Court may deem just and proper.

/s/ Jeffrey S. Ainsworth
_____
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw, PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

| | |
|---|---|
| **THE TABLE, LLC,** | **Case No.: 6:16-bk-07294** |
| | **Chapter 11** |
| **Debtor.** | **EIN: 45-3617468** |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished, via Bankruptcy Noticing Center and/or via U.S. Mail**,** the 7th day of November, 2016, to: United States Trustee, 400 W. Washington Street, Suite 3100, Orlando, Florida 32801; Debtor; and to the attached matrix.

/s/ Jeffrey S. Ainsworth
_____
Jeffrey S. Ainsworth, Esquire
**BransonLaw, PLLC**

# Labor

Oct 31, 2016 to Nov 05, 2016

⬇ Download
✉ Subscribe

## Filters

Server
Role: All

Refresh

Roles | Employees | **Timecards** | Master Checkout Reports

## Timecards

➕ Add Timecard

### Valeria Ariza

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dish tech ($10.00/hour) | | | | | | | | | | | | | | | |
| 11/02/16 | 3:55 pm - 10:57 pm | 7.04 | 0 | $10.00 | $10.00 | $70.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 4:24 pm - 12:07 am | 7.7 | 0 | $10.00 | $10.00 | $77.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 4:00 pm - 12:08 am | 8.13 | 0 | $10.00 | $10.00 | $81.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Valeria Ariza | Total | 22.87 | 0 | | | $228.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

### Bryan Benz

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Server ($5.03/hour) | | | | | | | | | | | | | | | |
| 11/04/16 | 5:17 pm - 12:59 am | 7.7 | 0 | $5.03 | $5.03 | $38.73 | $821.50 | $106.69 | $0.00 | $0.00 | $321.69 | $0.00 | $321.69 | $0.00 | View |
| Bryan Benz | Total | 7.7 | 0 | | | $38.73 | $821.50 | $106.69 | $0.00 | $0.00 | $321.69 | $0.00 | $321.69 | $0.00 | |

### Ricardo Bosquet

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Host / Hostess ($9.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 6:10 pm - 11:05 pm | 4.9 | 0 | $9.00 | $9.00 | $44.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/01/16 | 11:28 pm - 12:02 am | 0.58 | 0 | $9.00 | $9.00 | $5.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 6:02 pm - 10:37 pm | 4.59 | 0 | $9.00 | $9.00 | $41.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 5:56 pm - 10:31 pm | 4.58 | 0 | $9.00 | $9.00 | $41.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 5:56 pm - 12:58 am | 7.03 | 0 | $9.00 | $9.00 | $63.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 6:00 pm - 12:00 am | 6 | 0 | $9.00 | $9.00 | $54.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Ricardo Bosquet | | Total 27.68 | 0 | | | $249.12 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### Grimarivelis Casanova

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Cook ($9.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 3:28 pm - 11:51 pm | 8.39 | 0 | $9.00 | $9.00 | $75.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 3:54 pm - 12:05 am | 8.18 | 0 | $9.00 | $9.00 | $73.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 3:37 pm - 11:45 pm | 8.12 | 0 | $9.00 | $9.00 | $73.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 4:11 pm - 1:03 am | 8.87 | 0 | $9.00 | $9.00 | $79.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 4:03 pm - 12:37 am | 6.44 | 2.11 | $9.00 | $9.00 | $86.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Grimarivelis Casanova | | Total 40 | 2.11 | | | $388.49 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Doris Castro

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dish tech ($8.50/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 6:11 am - 2:03 pm | 7.87 | 0 | $8.50 | $8.50 | $66.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 7:54 am - 4:15 pm | 8.35 | 0 | $8.50 | $8.50 | $70.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 7:54 am - 2:11 pm | 6.28 | 0 | $8.50 | $8.50 | $53.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 5:59 am - 12:36 pm | 6.62 | 0 | $8.50 | $8.50 | $56.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 5:57 am - 1:27 pm | 7.49 | 0 | $8.50 | $8.50 | $63.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Doris Castro | | Total 36.61 | 0 | | | $311.20 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

## Doris Castro

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Server ($8.05/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 4:04 pm - 9:36 pm | 5.53 | 0 | $8.05 | $8.05 | $44.52 | $568.00 | $102.71 | $0.00 | $0.00 | $80.00 | $0.00 | $80.00 | $60.00 | View |
| 11/04/16 | 4:38 pm - 12:06 am | 7.48 | 0 | $8.05 | $8.05 | $60.21 | $553.00 | $73.93 | $0.00 | $0.00 | $103.00 | $0.00 | $103.00 | $80.00 | View |
| 11/05/16 | 1:26 pm - 1:27 pm | 0 | 0 | $8.05 | $8.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 3:51 pm - 8:30 pm | 4.64 | 0 | $8.05 | $8.05 | $37.35 | $543.00 | $117.03 | $0.00 | $0.00 | $98.27 | $0.00 | $98.27 | $0.00 | View |
| Doris Castro | | Total 17.65 | 0 | | | $142.08 | $1,664.00 | $94.28 | $0.00 | $0.00 | $281.27 | $0.00 | $281.27 | $140.00 | |

## Ginamarie fortuna

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Server ($5.03/hour) | | | | | | | | | | | | | | | |
| 11/02/16 | 4:11 pm - 9:21 pm | 5.16 | 0 | $5.03 | $5.03 | $25.95 | $523.00 | $101.36 | $0.00 | $0.00 | $40.96 | $0.00 | $40.96 | $60.00 | View |
| 11/03/16 | 4:10 pm - 11:22 pm | 7.21 | 0 | $5.03 | $5.03 | $36.27 | $1,200.00 | $166.44 | $0.00 | $0.00 | $175.45 | $0.00 | $175.45 | $110.00 | View |
| 11/04/16 | 4:07 pm - 9:45 pm | 5.63 | 0 | $5.03 | $5.03 | $28.32 | $991.00 | $176.02 | $0.00 | $0.00 | $199.00 | $0.00 | $199.00 | $75.00 | View |
| 11/05/16 | 5:21 pm - 11:19 pm | 5.97 | 0 | $5.03 | $5.03 | $30.03 | $551.00 | $92.29 | $0.00 | $0.00 | $77.67 | $0.00 | $77.67 | $50.00 | View |
| Ginamarie fortuna | | Total 23.97 | 0 | | | $120.57 | $3,265.00 | $136.21 | $0.00 | $0.00 | $493.08 | $0.00 | $493.08 | $295.00 | |

### Audrey Hewitt

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Host / Hostess ($9.00/hour) | | | | | | | | | | | | | | | |
| 11/02/16 | 4:30 pm - 8:00 pm | 3.49 | 0 | $9.00 | $9.00 | $31.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 4:42 pm - 8:41 pm | 3.99 | 0 | $9.00 | $9.00 | $35.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 5:58 pm - 10:12 pm | 4.22 | 0 | $9.00 | $9.00 | $37.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 5:56 pm - 10:08 pm | 4.2 | 0 | $9.00 | $9.00 | $37.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Audrey Hewitt | Total | 15.9 | 0 | | | $143.10 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

### Adam Irizarry

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bartender ($5.03/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 3:40 pm - 11:46 pm | 8.1 | 0 | $5.03 | $5.03 | $40.74 | $684.00 | $84.44 | $0.00 | $0.00 | $119.50 | $0.00 | $119.50 | $0.00 | View |
| 11/03/16 | 3:30 pm - 11:14 pm | 7.75 | 0 | $5.03 | $5.03 | $38.98 | $625.00 | $80.65 | $0.00 | $0.00 | $82.85 | $0.00 | $82.85 | $0.00 | View |
| 11/04/16 | 2:56 pm - 10:45 pm | 7.81 | 0 | $5.03 | $5.03 | $39.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 3:13 pm - 9:17 pm | 6.07 | 0 | $5.03 | $5.03 | $30.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Adam Irizarry | Total | 29.73 | 0 | | | $149.53 | $1,309.00 | | $44.03 | $0.00 | $0.00 | $202.35 | $0.00 | $202.35 | $0.00 | |

### Chen-Tang Kuo

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Server ($5.08/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 6:02 pm - 12:08 am | 6.1 | 0 | $5.08 | $5.08 | $30.99 | $1,251.00 | $205.08 | $0.00 | $0.00 | $228.00 | $0.00 | $228.00 | $175.00 | View |
| 11/02/16 | 4:11 pm - 9:22 pm | 5.18 | 0 | $5.08 | $5.08 | $26.31 | $602.00 | $116.22 | $0.00 | $0.00 | $122.53 | $0.00 | $122.53 | $80.00 | View |
| 11/03/16 | 4:09 pm - 11:46 pm | 7.62 | 0 | $5.08 | $5.08 | $38.71 | $943.00 | $123.75 | $0.00 | $0.00 | $162.26 | $0.00 | $162.26 | $0.00 | View |
| 11/04/16 | 5:44 pm - 1:04 am | 7.34 | 0 | $5.08 | $5.08 | $37.29 | $1,227.00 | $167.17 | $0.00 | $0.00 | $214.03 | $0.00 | $214.03 | $125.00 | View |
| 11/05/16 | 5:28 pm - 1:30 am | 8.03 | 0 | $5.08 | $5.08 | $40.79 | $1,372.00 | $170.86 | $0.00 | $0.00 | $229.20 | $0.00 | $229.20 | $200.00 | View |
| Chen-Tang Kuo | Total | 34.27 | 0 | | | $174.09 | $5,395.00 | | $157.43 | $0.00 | $0.00 | $956.02 | $0.00 | $956.02 | $580.00 | |

Reports

11/7/16, 2:04 PM

## Jessica Maldonado

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Cook ($12.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 2:41 pm - 11:51 pm | 9.17 | 0 | $12.00 | $12.00 | $110.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 8:05 am - 1:40 pm | 5.59 | 0 | $12.00 | $12.00 | $67.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 3:53 pm - 11:13 pm | 7.33 | 0 | $12.00 | $12.00 | $87.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 11:16 am - 12:11 am | 12.92 | 0 | $12.00 | $12.00 | $155.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 3:46 pm - 12:08 am | 4.99 | 3.38 | $12.00 | $12.00 | $120.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Jessica Maldonado | | Total 40 | 3.38 | | | $540.84 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Rainhard Mendiola

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Cook ($10.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 6:11 am - 2:03 pm | 7.87 | 0 | $10.00 | $10.00 | $78.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 7:54 am - 2:11 pm | 6.28 | 0 | $10.00 | $10.00 | $62.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Rainhard Mendiola | | Total 14.15 | 0 | | | $141.50 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Doris Mitchell

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Host / Hostest ($9.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 9:03 am - 1:54 pm | 4.84 | 0 | $9.00 | $9.00 | $43.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 9:11 am - 3:11 pm | 6 | 0 | $9.00 | $9.00 | $54.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Doris Mitchell | | Total 10.84 | 0 | | | $97.56 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Reports

11/7/16, 2:04 PM

### Leontine Morgan-Poitier

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Server ($5.03/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 4:28 pm - 11:27 pm | 6.93 | 0 | $5.03 | $5.03 | $35.11 | $1,125.00 | $161.17 | $0.00 | $0.00 | $207.00 | $0.00 | $207.00 | $205.00 | View |
| 11/02/16 | 5:48 pm - 11:10 pm | 5.36 | 0 | $5.03 | $5.03 | $26.96 | $332.00 | $61.94 | $0.00 | $0.00 | $12.80 | $0.00 | $12.80 | $25.00 | View |
| 11/03/16 | 5:26 pm - 11:01 pm | 5.58 | 0 | $5.03 | $5.03 | $28.07 | $1,245.00 | $223.12 | $0.00 | $0.00 | $161.05 | $0.00 | $161.05 | $200.00 | View |
| 11/04/16 | 5:46 pm - 12:26 am | 6.66 | 0 | $5.03 | $5.03 | $33.50 | $1,069.50 | $160.59 | $0.00 | $0.00 | $180.00 | $0.00 | $180.00 | $150.00 | View |
| 11/05/16 | 4:47 pm - 1:02 am | 8.26 | 0 | $5.03 | $5.03 | $41.55 | $850.00 | $102.91 | $0.00 | $0.00 | $139.04 | $0.00 | $139.04 | $110.00 | View |
| Leontine Morgan-Poitier | | Total 32.84 | 0 | | | $165.19 | $4,621.50 | $140.73 | $0.00 | $0.00 | $699.89 | $0.00 | $699.89 | $690.00 | |

### Frank Noboa

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Server ($5.02/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 4:46 pm - 11:09 pm | 6.38 | 0 | $5.02 | $5.02 | $32.03 | $817.50 | $128.13 | $0.00 | $0.00 | $153.89 | $0.00 | $153.89 | $100.00 | View |
| 11/03/16 | 5:36 pm - 11:24 pm | 5.8 | 0 | $5.02 | $5.02 | $29.12 | $1,077.00 | $185.69 | $0.00 | $0.00 | $217.79 | $0.00 | $217.79 | $125.00 | View |
| 11/04/16 | 5:34 pm - 12:20 am | 6.77 | 0 | $5.02 | $5.02 | $33.99 | $507.00 | $74.89 | $0.00 | $0.00 | $94.00 | $0.00 | $94.00 | $75.00 | View |
| 11/05/16 | 6:04 pm - 1:29 am | 7.4 | 0 | $5.02 | $5.02 | $37.15 | $753.00 | $101.76 | $0.00 | $0.00 | $55.00 | $0.00 | $55.00 | $100.00 | View |
| Frank Noboa | | Total 26.35 | 0 | | | $132.29 | $3,154.50 | $119.72 | $0.00 | $0.00 | $520.68 | $0.00 | $520.68 | $400.00 | |

### Chenel Oldfield

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Host / Hostest ($9.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 4:43 pm - 10:00 pm | 5.28 | 0 | $9.00 | $9.00 | $47.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 4:58 pm - 10:09 pm | 5.19 | 0 | $9.00 | $9.00 | $46.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 4:45 pm - 12:01 am | 7.26 | 0 | $9.00 | $9.00 | $65.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Chenel Oldfield | | Total 17.73 | 0 | | | $159.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Reports

11/7/16, 2:04 PM

### Josh Reardon

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Server ($5.03/hour) | | | | | | | | | | | | | | | |
| 11/02/16 | 5:32 pm - 10:00 pm | 4.45 | 0 | $5.03 | $5.03 | $22.38 | $872.00 | $195.96 | $0.00 | $0.00 | $100.48 | $0.00 | $100.48 | $0.00 | View |
| Josh Reardon | Total | 4.45 | 0 | | | $22.38 | $872.00 | $195.96 | $0.00 | $0.00 | $100.48 | $0.00 | $100.48 | $0.00 | |

### Kela Robinson

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Cook ($9.50/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 9:00 am - 2:25 pm | 5.42 | 0 | $9.50 | $9.50 | $51.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 7:54 am - 2:09 pm | 6.24 | 0 | $9.50 | $9.50 | $59.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 7:54 am - 2:50 pm | 6.94 | 0 | $9.50 | $9.50 | $65.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 6:42 am - 8:28 am | 1.78 | 0 | $9.50 | $9.50 | $16.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 8:29 am - 9:24 am | 0.92 | 0 | $9.50 | $9.50 | $8.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 9:34 am - 1:37 pm | 4.05 | 0 | $9.50 | $9.50 | $38.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 9:24 am - 2:09 pm | 4.76 | 0 | $9.50 | $9.50 | $45.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Kela Robinson | Total | 30.11 | 0 | | | $286.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

### Mykaila Rodney

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Host / Hostest ($9.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 5:51 pm - 10:00 pm | 4.14 | 0 | $9.00 | $9.00 | $37.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 5:07 pm - 10:21 pm | 5.23 | 0 | $9.00 | $9.00 | $47.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 4:43 pm - 12:07 am | 7.4 | 0 | $9.00 | $9.00 | $66.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 4:45 pm - 12:01 am | 7.26 | 0 | $9.00 | $9.00 | $65.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Mykaila Rodney | Total | 24.03 | 0 | | | $216.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Reports

11/7/16, 2:04 PM

## Kassandra Rodriguez

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Cook ($10.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 3:28 pm - 12:05 am | 8.62 | 0 | $10.00 | $10.00 | $86.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 3:54 pm - 12:09 am | 8.25 | 0 | $10.00 | $10.00 | $82.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 3:38 pm - 11:47 pm | 8.16 | 0 | $10.00 | $10.00 | $81.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 4:11 pm - 1:07 am | 8.93 | 0 | $10.00 | $10.00 | $89.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 4:03 pm - 1:29 am | 6.04 | 3.38 | $10.00 | $10.00 | $111.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Kassandra Rodriguez | Total | 40 | 3.38 | | | $450.70 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Caleb Samson

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line Cook ($12.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 4:13 pm - 12:05 am | 7.87 | 0 | $12.00 | $12.00 | $94.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 4:29 pm - 12:07 am | 7.65 | 0 | $12.00 | $12.00 | $91.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 4:00 pm - 11:46 pm | 7.77 | 0 | $12.00 | $12.00 | $93.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 4:00 pm - 1:06 am | 9.11 | 0 | $12.00 | $12.00 | $109.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/05/16 | 3:52 pm - 1:29 am | 7.6 | 2.02 | $12.00 | $12.00 | $127.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Caleb Samson | Total | 40 | 2.02 | | | $516.36 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Martin Taimanao

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dish tech ($9.00/hour) | | | | | | | | | | | | | | | |
| 11/01/16 | 4:50 pm - 11:26 pm | 6.6 | 0 | $9.00 | $9.00 | $59.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/02/16 | 4:40 pm - 10:48 pm | 6.13 | 0 | $9.00 | $9.00 | $55.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/03/16 | 5:17 pm - 10:43 pm | 5.43 | 0 | $9.00 | $9.00 | $48.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| 11/04/16 | 5:22 pm - 12:08 am | 6.77 | 0 | $9.00 | $9.00 | $60.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Martin Taimanao | Total | 24.93 | 0 | | | $224.37 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Dominick Tardugno

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manager 2 | | | | | | | | | | | | | | | |
| 11/01/16 | No-Shift | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Dominick Tardugno | Total | 0 | 0 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Rohan Wallace

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dish tech ($0.00/hour) | | | | | | | | | | | | | | | |
| 11/05/16 | 12:49 am - 12:49 am | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | View |
| Rohan Wallace | Total | 0 | 0 | | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Mike Zamora

| Date | Shift | Reg Hrs | 1.5x Hrs | Pay/Hr | Blended Pay/Hr | Total Pay | Net Sales | Net Sales/Hr | Auto Grat | Cash Tips | Card Tips | Tender Tips | Total Tips | Declared Tips | Checkout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bartender ($5.08/hour) | | | | | | | | | | | | | | | |
| 11/02/16 | 2:52 pm - 11:15 pm | 8.39 | 0 | $5.08 | $5.08 | $42.62 | $621.00 | $74.02 | $0.00 | $0.00 | $114.57 | $0.00 | $114.57 | $0.00 | View |
| 11/05/16 | 5:38 pm - 1:13 am | 7.58 | 0 | $5.08 | $5.08 | $38.51 | $1,262.00 | $166.49 | $0.00 | $0.00 | $164.92 | $0.00 | $164.92 | $18.00 | View |
| Mike Zamora | Total | 15.97 | 0 | | | $81.13 | $1,883.00 | $117.91 | $0.00 | $0.00 | $279.49 | $0.00 | $279.49 | $18.00 | |

```
Label Matrix for local noticing        The Table, LLC                        Barbie A. & Keelan M. Parham
113A-6                                  8060 Via Dellagio Way                 2708 Cypress reserve Cr
Case 6:16-bk-07294                      Suite 106                             Orlando, FL 32836
Middle District of Florida              Orlando, FL 32819-5427
Orlando
Mon Nov  7 13:52:57 EST 2016

Brian Margolis                          (p)INTERNAL REVENUE SERVICE           Dominick Tardugno
3773 Farm Bell Place                    CENTRALIZED INSOLVENCY OPERATIONS     2759 Windsorgate Lane
Lake Mary, FL 32746-4100                PO BOX 7346                           Orlando, FL 32828-7960
                                        PHILADELPHIA PA 19101-7346


Florida Department of Revenue           Internal Revenue Service              Kyle Jensen
Bankruptcy Unit                         Post Office Box 7346                  9442 Bear Lake Road
Post Office Box 6668                    Philadelphia PA 19101-7346            Apopka, FL 32703-1918
Tallahassee FL 32314-6668


Loren F. Brassil                        Orange County Tax Collector           Robert B Branson +
123 Casa Mirella Way                    PO Box 545100                         BransonLaw PLLC
Suite 2305                              Orlando FL 32854-5100                 1501 E. Concord Street
Windermere, FL 34786-7862                                                     Orlando, FL 32803-5411


United States Trustee - ORL +           Jeffrey Ainsworth +                   Note: Entries with a '+' at the end of the
Office of the United States Trustee     BransonLaw PLLC                       name have an email address on file in CMECF
George C Young Federal Building         1501 E. Concord Street
400 West Washington Street, Suite 1100  Orlando, FL 32803-5411
Orlando, FL 32801-2210
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0038
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Michele & Theresa Tardugno           End of Label Matrix
                                        Mailable recipients    14
                                        Bypassed recipients     1
                                        Total                  15
```