**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmd.uscourts.gov**

**In re:**

**THE TABLE, LLC,**                               Case No.: 6:16-bk-7294-RAC

                                                  Chapter 11
         **Debtor.**                              EIN: 45-3617468
_____/

**AGREED *EX PARTE* MOTION TO CONTINUE**
**THE HEARING ON DISCLOSURE STATEMENT AND CONFIRMATION OF**
**PLAN OF REORGANIZATION AND THE PRELIMINARY HEARING ON THE**
**UNITED STATES TRUSTEE'S EXPEDITED MOTION TO DISMISS OR**
**CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, TO APPOINT**
**A CHAPTER 11 TRUSTEE OR EXAMINER**

Comes now **THE TABLE, LLC,** the Debtor, by and through its undersigned counsel, and files this Motion to Continue the hearing on the Debtor's Disclosure Statement and Confirmation of Plan of Reorganization, and the UST's Motion to Dismiss, etc., and in support thereof would state as follows:

1.    On November 7, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11, U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code"). The Debtor is a Florida limited liability company, and, since the Petition Date, has remained in possession of its assets as a debtor-in-possession pursuant to § 1107 of the Bankruptcy Code.

2.    On January 23, 2017, Guy G. Gebhardt, Acting United States Trustee for Region 21 ("UST"), filed his expedited motion to dismiss or convert case to chapter 7, or in the alternative, to appoint a chapter 11 trustee or examiner (Doc. No. 31).

3. On February 28, 2017, the Debtor filed its Chapter 11 Plan of Reorganization (Doc. 45) and Disclosure Statement (Doc. No. 47).

4. Pursuant to the Order Conditionally Approving Disclosure Statement, Scheduling Hearing on Disclosure Statement, and Confirming Plan of Reorganization, etc. (Doc. No. 53), this case is set for hearing on Debtor's Disclosure Statement and Confirmation of Plan of Reorganization on April 20, 2017, at 1:30 p.m., along with the continued preliminary hearing on the UST's Motion to Dismiss, etc. (Doc. No. 31).

5. The Debtor seeks to continue the hearings and all associated deadlines for forty-five (45) days to allow for the 2004 Examination of Tyler Brassil.

6. The undersigned certifies that the United States Trustee does not object to the relief sought herein.

WHEREFORE, Debtor requests this Honorable Court for its Order granting this Motion, to continue the hearings set for the April 20, 2017 for forty-five days, and such other relief that may be just and proper in the circumstances.

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Second e-mail: shelly@bransonlaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmd.uscourts.gov**

**In re:**

**THE TABLE, LLC,**                                             **Case No.: 6:16-bk-7294-RAC**

                                                                **Chapter 11**
          **Debtor.**                                            **EIN: 45-3617468**
_____/

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission to ECF Users or by U.S. Mail this 12th day of April, 2017, to: Audrey M. Aleskovsky, Office of the United States Trustee, 400 West Washington Street, Ste 1100, Orlando, FL 32801; Jill E. Kelso, Esquire, Office of the United States Trustee, 400 West Washington Street, Ste 1100, Orlando, FL 32801; Debtor; Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114; The Securities and Exchange Commission, Branch of Reorganization, 175 West Jackson Street, Ste. 900, Chicago, IL 60604-2601; and to all creditors and interested parties.

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire
**BransonLaw PLLC**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:16-bk-07294-RAC<br>Middle District of Florida<br>Orlando<br>Tue Apr 11 15:36:58 EDT 2017 | Roberta A. Colton<br>Orlando<br>, FL | Excel Dellagio, LLC<br>c/o Benjamin C. Iseman<br>200 E. New England Avenue, Suite 300<br>Longwood, FL 32789 United States 32789-4345 |
| The Table, LLC<br>8060 Via Dellagio Way<br>Suite 106<br>Orlando, FL 32819-5427 | AmTrust North America, Inc.<br>Buckley King LPA<br>1400 Fifth Third Center<br>600 Superior Avenue East<br>Cleveland, OH 44114-2652 | Barbie A. & Keelan M. Parham<br>8708 Cypress Reserve Cr.<br>Orlando FL 32836-5402 |
| Brian Margolis<br>3773 Farm Bell Place<br>Lake Mary, FL 32746-4100 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Dominick Tardugno<br>2759 Windsorgate Lane<br>Orlando, FL 32828-7960 | Excel Dellagio, LLC, as successor in interes<br>Della Road Development, LLC as a subsidi<br>Shopcore Properties, LLC<br>c/o Benjamin C. Iseman, Edquire<br>200 E. New England Avenue, Suite 300<br>Winter Park, FL 32789-4345 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Kyle Jensen<br>9442 Bear Lake Road<br>Apopka, FL 32703-1918 | Loren F. Brassil<br>123 Casa Mirella Way<br>Suite 2305<br>Windermere, FL 34786-7862 |
| Michele & Theresa Tardugno<br>2759 Windsorgate Lane<br>Orlando, FL 32828-7960 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | RACHEL QUART<br>LAW OFFICE OF LOWELL J KUVIN LLC<br>17 E FLAGLER STREET SUITE 223<br>MIAMI FL 33131-1042 |
| Rachel Quart<br>133 Seneca Point Trail<br>Kissimmee, FL 34746-6611 | Shopcorp Properties<br>7940 Via Dellagio Way #200<br>Orlando, FL 32819-5400 | Tyler Brassil<br>8719 Bay Harbour Blvd<br>Orlando, FL 32836-5032 |
| Robert B Branson +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Benjamin C Iseman +<br>Stump Callahan Dietrich & Spears<br>37 North Orange Avenue<br>Suite 200<br>Orlando, FL 32801-2439 |
| Jill E Kelso +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Jeffrey Ainsworth +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | Eric B Jontz +<br>Swann Hadley Stump Dietrich & Spears, PA<br>Post Office Box 961<br>Winter Park, FL 32790-0961 |
| Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0038

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ready Ice                    (u)Vero Water                   End of Label Matrix
                                                                Mailable recipients    28
                                                                Bypassed recipients     2
                                                                Total                  30