**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmd.uscourts.gov**

In re:                                              Case No.: 6:16-bk-07294-RAC
                                                    Chapter 11
THE TABLE, LLC,                                     EIN: 45-3617468

           **Debtor.**
_____/

*EX PARTE* **MOTION TO CONTINUE**
**THE HEARING ON DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF REORGANIZATION AND THE PRELIMINARY HEARING ON THE UNITED STATES TRUSTEE'S EXPEDITED MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE OR EXAMINER**

Comes now **THE TABLE, LLC,** the Debtor, by and through its undersigned counsel, and files this Motion to Continue the hearing on the Debtor's Disclosure Statement and Confirmation of Plan of Reorganization, and the UST's Motion to Dismiss, etc., and in support thereof would state as follows:

1.      On November 7, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11, U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code"). The Debtor is a Florida limited liability company, and, since the Petition Date, has remained in possession of its assets as a debtor-in-possession pursuant to § 1107 of the Bankruptcy Code.

2.      On January 23, 2017, Guy G. Gebhardt, Acting United States Trustee for Region 21 ("UST"), filed his expedited motion to dismiss or convert case to chapter 7, or in the alternative, to appoint a chapter 11 trustee or examiner (Doc. No. 31).

3. On February 28, 2017, the Debtor filed its Chapter 11 Plan of Reorganization (Doc. 45) and Disclosure Statement (Doc. No. 47).

4. Pursuant to the Order Granting Agreed *Ex Parte* Motion to Continue the Hearing on Disclosure Statement and Confirmation of Plan of Reorganization and the Preliminary Hearing on the United States Trustee's Expedited Motion to Dismiss or Convert Case to Chapter 7, or in the Alternative, to Appoint a Chapter 11 Trustee or Examiner (Doc. No. 63), this case is set for hearing on Debtor's Disclosure Statement and Confirmation of Plan of Reorganization on June 15, 2017, at 10:00 a.m., along with the continued preliminary hearing on the UST's Motion to Dismiss, etc. (Doc. No. 31).

5. The Debtor seeks to continue the hearings and all associated deadlines for sixty (60) days to allow the undersigned to compel the 2004 Examination of Tyler Brassil, who was scheduled for a 2004 Examination on May 6, 2017, but failed to appear.

6. The undersigned certifies that the United States Trustee does not object to the relief sought herein.

WHEREFORE, Debtor requests this Honorable Court for its Order granting this Motion, to continue the hearings set for the June 15, 2017, for forty-five days, and such other relief that may be just and proper in the circumstances.

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Second e-mail: shelly@bransonlaw.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmd.uscourts.gov**

**In re:**

**THE TABLE, LLC,**               Case No.: 6:16-bk-07294-RAC
                                  Chapter 11
                                  EIN: 45-3617468

        **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission to ECF Users or by U.S. Mail the 08th day of June, 2017, to: Audrey M. Aleskovsky, Office of the United States Trustee, 400 West Washington Street, Ste 1100, Orlando, FL 32801; Jill E. Kelso, Esquire, Office of the United States Trustee, 400 West Washington Street, Ste 1100, Orlando, FL 32801; Debtor; Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114; The Securities and Exchange Commission, Branch of Reorganization, 175 West Jackson Street, Ste. 900, Chicago, IL 60604-2601; and to all creditors and interested parties.

                                                /s/ Jeffrey S. Ainsworth
                                                Jeffrey S. Ainsworth, Esquire
                                                **BransonLaw PLLC**

```
Label Matrix for local noticing          Excel Dellagio, LLC                       The Table, LLC
113A-6                                    c/o Benjamin C. Iseman                    8060 Via Dellagio Way
Case 6:16-bk-07294-RAC                    200 E. New England Avenue, Suite 300      Suite 106
Middle District of Florida                Longwood, FL 32789 United States 32789-4345   Orlando, FL 32819-5427
Orlando
Wed Jun  7 16:54:08 EDT 2017

AmTrust North America, Inc.               Barbie A. & Keelan M. Parham              Brian Margolis
Buckley King LPA                          8708 Cypress Reserve Cr.                  3773 Farm Bell Place
1400 Fifth Third Center                   Orlando FL 32836-5402                     Lake Mary, FL 32746-4100
600 Superior Avenue East
Cleveland, OH 44114-2652


Department of Revenue                     (p)INTERNAL REVENUE SERVICE               Dominick Tardugno
PO Box 6668                               CENTRALIZED INSOLVENCY OPERATIONS         2759 Windsorgate Lane
Tallahassee, FL 32314-6668                PO BOX 7346                               Orlando, FL 32828-7960
                                          PHILADELPHIA PA 19101-7346


Excel Dellagio, LLC, as successor in interes   Florida Department of Revenue        Internal Revenue Service
Della Road Development, LLC as a subsidi       Bankruptcy Unit                      Post Office Box 7346
Shopcore Properties, LLC                       Post Office Box 6668                 Philadelphia PA 19101-7346
c/o Benjamin C. Iseman, Edquire                Tallahassee FL 32314-6668
200 E. New England Avenue, Suite 300
Winter Park, FL 32789-4345


Kyle Jensen                               Loren F. Brassil                          Michele & Theresa Tardugno
9442 Bear Lake Road                       123 Casa Mirella Way                      2759 Windsorgate Lane
Apopka, FL 32703-1918                     Suite 2305                                Orlando, FL 32828-7960
                                          Windermere, FL 34786-7862


Orange County Tax Collector               RACHEL QUART                              Rachel Quart
PO Box 545100                             LAW OFFICE OF LOWELL J KUVIN LLC          133 Seneca Point Trail
Orlando FL 32854-5100                     17 E FLAGLER STREET SUITE 223             Kissimmee, FL 34746-6611
                                          MIAMI FL 33131-1042


Shopcorp Properties                       Tyler Brassil                             United States Trustee - ORL
7940 Via Dellagio Way #200                8719 Bay Harbour Blvd                     Office of the United States Trustee
Orlando, FL 32819-5400                    Orlando, FL 32836-5032                    George C Young Federal Building
                                                                                    400 West Washington Street, Suite 1100
                                                                                    Orlando, FL 32801-2210


Jeffrey Ainsworth                         Robert B Branson
BransonLaw PLLC                           BransonLaw PLLC
1501 E. Concord Street                    1501 E. Concord Street
Orlando, FL 32803-5411                    Orlando, FL 32803-5411
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0038
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ready Ice                        (u)Vero Water                        End of Label Matrix
                                                                         Mailable recipients    22
                                                                         Bypassed recipients     2
                                                                         Total                  24